IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGIL L. STRONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:14-CV-1061-WKW |
| ) | |
| MANPOWER GROUP, ) | |
| ) | |
| Defendant. ) | |
| | |
| VIRGIL L. STRONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:14-CV-1062-WKW |
| ) | |
| THE HWASHIN AMERICA ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On September 3, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 42.)  Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED.  It is further ORDERED that Defendant's Motion

to Dismiss for Failure to Prosecute (Doc. # 38) is GRANTED and that Civil Action No. 2:14-CV-1062 is DISMISSED without prejudice.[1]

The Clerk of the Court is DIRECTED to close this consolidated action.

A separate final judgment will be entered.

DONE this 21st day of September, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's claims against Defendant Manpower US, Inc., previously were dismissed by operation of Federal Rule of Civil Procedure 41. (*See* Docs. # 36, 37.)